THOMAS HULBERT *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT ET AL.

The motion by the plaintiff for review of the decision of the trial court concerning rectification of the appeal from the Superior Court in Fairfield County is denied.

*Warner Alexander,* in support of the motion.

Submitted November 18—decided November 26, 1968

CATHERINE BONADIO *v.* COMMON COUNCIL OF THE CITY OF DANBURY ET AL.

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for any of the parties.

Decided December 3, 1968

BERNICE FRIEDSON *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Joseph F. McKeon, Jr.,* for the appellee (named defendant).